# CERTIFICATE OF SERVICE

I, _Tristan Manthey_ (name). certify that service of this summons and a copy of complaint was made _January 30, 2019_ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Aramark Health Care Technologies LLC
c/o Registered Agent,
CT. Corporation System
208 So LaSalle St, Suite 814
Chicago, IL 60604

☐ Personal Service: By defendant at: …nt or with an officer or agent of

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less that 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _2/6/2019_   Signature _[signed]_

Print Name: _Tristan Manthey_

Business Address: HELLER, DRAPER, PATRICK, HORN & MANTHEY, L.L.C.
650 POYDRAS STREET STE. 2500
NEW ORLEANS, LA. 70130-6103

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In re:  
LMCHH PCP LLC  
**Debtor**

LMCHH PCP, LLC et al Plan Administrator  
**Plaintiff**  
vs.  
Aramark Healthcare Technologies, LLC  
Aramark Clinical Technology Services, LLC  
**Defendant**

Bankruptcy Case No.: 17-10353  
Chapter 11

Adversary Proceeding No. 19-01007

## SUMMONS IN AN ADVERSARY PROCEEDING

**To:** Aramark Healthcare Technologies, LLC

YOU ARE SUMMONED and required to file a motion or answer to the complaint that is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies must file a motion or answer to the complaint within 35 days.

**Address of Clerk:**  
United States Bankruptcy Court  
Eastern District of Louisiana  
Hale Boggs Federal Building  
500 Poydras Street, Suite B-601  
New Orleans, LA 70130

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

**Name and Address of Plaintiff's Attorney (or plaintiff, if unrepresented):**  
Tristan E. Manthey  
Heller Draper Patrick Horn & Manthey LLC  
650 Poydras Street  
Suite 2500  
New Orleans, LA 70130

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: January 29, 2019

/s/ Sheila Booth  
_____  
Clerk of the Bankruptcy Court

